# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-01-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| JEFFREY JOE ROY IRONPIPE, | |
| Defendant. | |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his findings and recommendations on July 19, 2016. Defendant admitted he had violated Special Condition 5 of his supervised release by consuming alcohol. Judge Johnston found the admission sufficient to establish the supervised release violation. He recommended that this Court revoke Defendant's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of five months, with 52 months of supervised release to follow.

No objections were filed by either party. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Johnston's findings.  Defendant admitted he had violated Special Condition 5 of his supervised release.  Defendant could be incarcerated for up to 24 months, followed by 57 months of supervised release less any custody time imposed.  The United States Sentencing Guidelines call for a term of imprisonment of three to nine months.  A sentence of five months in custody, followed by 52 months of supervised release is appropriate.  The sentence is sufficient but not greater than necessary.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 60) are **ADOPTED** in full and Judgment shall be entered accordingly.

DATED this 11th day of August, 2016.

Brian Morris
United States District Court Judge